TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-0142
    E-mail:    Katie.Schonbachler@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $150,000.00 IN U.S. CURRENCY | CR MISC. NO. 21-00094 <br><br> STIPULATION TO EXTEND THE CIVIL FORFEITURE COMPLAINT FILING DEADLINE |

On April 22, 2020, the Drug Enforcement Agency ("DEA") seized $150,000.00 in U.S. currency (the "seized currency") on the ground that the seized currency constitutes or is traceable to one or more violations of Titles 18 and 21 of the United States Code.  If the seized currency constitutes or is traceable to these violations, it is subject to forfeiture to the United States.

//

Jie Lin ("claimant"), through his counsel, denies that the seized currency was involved in said crimes, and has timely submitted an administrative claim with the DEA, contesting the forfeiture of the seized currency.

The DEA has referred this matter to the U.S. Attorney's Office for the Central District of California for civil judicial forfeiture consideration.  Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), the deadline for filing a civil forfeiture complaint against the seized currency is April 18, 2021, but the statute provides for an extension of that date by court order upon agreement of the parties.

By this stipulation, the parties seek to continue the deadline for filing a civil forfeiture complaint against the seized currency on the grounds that there is an ongoing criminal investigation.  The parties stipulate and agree that good cause exists to extend the civil forfeiture complaint filing deadline in this matter pursuant to 18 U.S.C. § 981(g)(1) and/or (g)(2) because the conduct of claimant as it relates to his involvement in this matter, and discovery in this proceeding might (1) require claimant to waive his Fifth Amendment privileges against self-incrimination concerning matters involved in the underlying criminal investigation, and (2) adversely affect the government's ability to investigate the criminal case by exposing its witnesses to civil discovery before any criminal trial.
///

IT IS THEREFORE STIPULATED by and between the United States and counsel for claimant, that the government's time to file a civil forfeiture complaint in connection with the seizure of the seized currency be extended to July 17, 2021.

Dated: April 9, 2021                     Respectfully submitted,

                                         TRACY L. WILKISON
                                         Acting United States Attorney
                                         BRANDON D. FOX
                                         Assistant United States Attorney
                                         Chief, Criminal Division
                                         STEVEN R. WELK
                                         Assistant United States Attorney
                                         Chief, Asset Forfeiture Section


                                           */s/ Katharine Schonbachler*
                                         KATHARINE SCHONBACHLER
                                         Assistant United States Attorney

                                         Attorneys for
                                         UNITED STATES OF AMERICA


Dated: April 9, 2021                     WERKSMAN JACKSON & QUINN


                                           */s/ per email authorization*
                                         MICHAEL FREEDMAN, ESQ.

                                         Attorney for Claimant
                                         JIE LIN

**PROOF OF SERVICE BY ELECTRONIC MAIL**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **April 9, 2021**, I served a copy of: **STIPULATION TO EXTEND THE CIVIL FORFEITURE COMPLAINT FILING DEADLINE** on each person or entity named below by transmitting the document by electronic mail to the electronic mail address indicated for receipt of electronic mail on the date and at the place shown below.

**TO:   mfreedman@werksmanjackson.com**

I am readily familiar with the practice of this office for transmittal of electronic mail from a computer software application which indicates that an electronic mail message was sent on a particular day and time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **April 9, 2021** at Los Angeles, California.

*Helen Wu*
**HELEN WU**